STATE OF NEBRASKA, APPELLEE, V. JESSE LEE ABRAM, APPELLANT.

237 N. W. 2d 153

Filed January 8, 1976. No. 40196.

Frank B. Morrison and Stanley A. Krieger, for appellant.

Paul L. Douglas, Attorney General, and Melvin K. Kammerlohr, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, McCOWN, NEWTON, CLINTON, and BRODKEY, JJ.

CLINTON, J.

Defendant pled guilty to a charge of robbery and was sentenced to the Nebraska Penal and Correctional complex for a term of 3 years, the minimum statutory sentence for the crime of robbery. § 28-414, R. R. S. 1943. On this appeal he argues he should have been sentenced to a term of probation instead of imprisonment. His position is founded upon his age, his employment history, and the claimed absence of a significant prior criminal record.

At the time of sentencing the defendant was almost 18 years of age. He was employed at that time and apparently had been a considerable part of the time since dropping out of high school in the 10th grade. His prior criminal record was a conviction as a juvenile for carrying a concealed weapon in 1971. For that offense he received a 6-month sentence of probation. We note that the carrying of a concealed weapon is a felony. § 28-1001, R. R. S. 1943. Whether the instant robbery was accomplished by the means of a weapon is uncertain. Defendant at least led the person he robbed to believe that he had a weapon.

We cannot say that the trial court abused its discretion in imposing the minimum sentence.

AFFIRMED.